UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ISAAC OLAOGUN,

    Plaintiff,

v.                                                          Case No: 6:19-cv-339-Orl-40TBS

BANK OF AMERICA N.A.,

    Defendant/Third
    Party Plaintiff,

TD BANK, N.A.,

    Third Party
Defendant.
_____/

## ORDER

This cause comes before the Court on Third-Party Defendant TD Bank, N.A.'s Motion to Dismiss (Doc. 21 (the "**Motion**")), filed January 11, 2019. The Motion sought to dismiss the claims Third-Party Plaintiff Bank of America, N.A. ("**BOA**"), brought against TD Bank, N.A. ("**TD**"), in BOA's Third-Party Complaint (Doc. 15). (Doc. 21). The Motion asserted personal jurisdiction and venue grounds in support of dismissal. (*Id.*). The Local Rules of the U.S. District Court for the Southern District of Texas—where this case was pending before being transferred to this Court—require "any response to a motion be filed no later than 21 days after the motion is filed." *Leon v. Koch Indus.*, No. 2:17–CV–288, 2017 WL 5484696, at *1 (S.D. Tex. Nov. 14, 2017). "Failure to respond to a motion will be taken as a representation of no opposition." S.D. Tex. Local Rule 7.4. BOA did not respond to the Motion and the time to do so has passed.

In the absence of a response, the Court finds that the Motion is due to be granted as unopposed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Third-Party Defendant TD Bank, N.A.'s Motion to Dismiss (Doc. 21) is **GRANTED**.

2. Bank of America, N.A.'s Third-Party Complaint (Doc. 15) is **DISMISSED WITHOUT PREJUDICE**.

3. On or before **Thursday, February 28, 2019**, BOA may file an amended complaint. Failure to timely file will result in dismissal of Bank of America, N.A.'s action against TD Bank, N.A. with prejudice.

**DONE AND ORDERED** in Orlando, Florida on February 21, 2019.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties